

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00434-CV

Roger **WIATREK**,
Appellant

v.

Laura **WIATREK**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellee's Second Motion for Extension of Time to File Response Brief is GRANTED. The Appellee's brief is due on March 19, 2018. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court